ERIN E. SCHNEIDER (Cal. Bar No. 216114)
MONIQUE C. WINKLER (Cal. Bar No. 213031)
BERNARD B. SMYTH (Cal. Bar No. 217741)
  SmythB@sec.gov
ANDREW J. HEFTY (Cal. Bar No. 220450)
  HeftyA@sec.gov
REBECCA LUBENS (Cal. Bar No. 240683)
  LubensR@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> LEWIS I. WALLACH, <br><br> Defendant. | Case No. 20-cv-06756-MMC <br><br> **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** <br><br> Date:   January 15, 2021 <br> Time:   10:30 a.m. <br> Location: Courtroom 7, 19th Floor <br> 450 Golden Gate Ave. <br> San Francisco, CA 94102 <br><br> Judge:   Maxine M. Chesney |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

        ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)

        ☐ Mediation (ADR L.R. 6)

        ☒ Early Settlement Conference with ~~a~~ Magistrate Judge Donna M. Ryu (ADR L.R. 7)*

        ☐ Private ADR (specify process and provider)

The parties agree to hold the ADR session by:

        ☐ the presumptive deadline (90 days from the date of the order referring the case to ADR)

        ☒ other requested deadline: <u>After the close of expert discovery and prior to the deadline for the filing of Plaintiff's motion for disgorgement and penalties, provided that the parties may stipulate to and jointly request an earlier date.</u>

Dated: January 6, 2021                Respectfully submitted,

*/s/ Bernard B. Smyth*
Bernard B. Smyth

Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

*/s/ Edward W. Swanson*
Edward W. Swanson
SWANSON & MCNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, CA 94104

Attorney for Defendant
LEWIS I. WALLACH

* By agreement of the parties at the Case Management Conference held January 15, 2021, the stipulation is modified as above.

| | |
|---|---|
| x | IT IS SO ORDERED |
| | IT IS SO ORDERED WITH MODIFICATIONS: |

DATE: ___January 15___, 2021

_Maxine M. Chesney_
Hon. Maxine M. Chesney