```
ERIN E. SCHNEIDER (Cal. Bar No. 216114)
MONIQUE C. WINKLER (Cal. Bar No. 213031)
BERNARD B. SMYTH (Cal. Bar No. 217741)
   SmythB@sec.gov
ANDREW J. HEFTY (Cal. Bar No. 220450)
   HeftyA@sec.gov
REBECCA LUBENS (Cal. Bar No. 240683)
   LubensR@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2500
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>      v.<br><br>LEWIS I. WALLACH,<br><br>      Defendant. | Case No. 20-cv-06756-MMC<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL AND ~~TRIAL DATES~~ HEARING DATES<br><br>Prehearing<br>~~Pretrial~~ Conference Date: November 30, 2021<br><br>Judge:  Maxine M. Chesney |

### **STIPULATION**

Plaintiff Securities and Exchange Commission ("SEC") and Defendant Lewis I. Wallach (together, "the Parties"), by and through their respective counsel of record, hereby agree and stipulate as follows:

WHEREAS, on January 8, 2021, the Parties submitted a Joint Case Management Statement setting forth a proposed schedule pursuant to Civil Local Rule 16-9 and Rule 26 of the Federal Rules of Civil Procedure.  *See* Joint Case Management Statement (Dkt. No. 26);

WHEREAS, on January 15, 2021, the Court entered a Minute Order (Dkt. No. 27) which set, among other things, July 9, 2021 as the discovery cutoff date, July 30, 2021 as the deadline for expert disclosures, September 10, 2021 as the expert discovery cutoff date, October 8, 2021 as the deadline for the SEC to file a Motion to Determine Amounts of Disgorgement and Civil Monetary Penalties, and December 10, 2021 as the date for a non-evidentiary hearing on the SEC's Motion to Determine Amounts of Disgorgement and Civil Monetary Penalties;

WHEREAS, on February 1, 2021, the Court entered a Notice of Settlement Conference and Settlement Conference Order (Dkt. No. 33) setting a settlement conference for September 17, 2021 at 10:00 a.m. before Magistrate Judge Donna M. Ryu;

WHEREAS, a related criminal case, *United States v. Lewis Wallach*, Case No. 3:20-cr-00365-MMC, is currently pending before this Court;

WHEREAS, in the related criminal case, Defendant Lewis I. Wallach pled guilty to wire fraud and conspiracy to commit wire fraud (*U.S. v. Wallach*, Case No. 3:20-cr-00365-MMC (Dkt. No. 19));

WHEREAS, in the related criminal case, Defendant Lewis I. Wallach is scheduled to be sentenced on September 22, 2021 (*U.S. v. Wallach*, Case No. 3:20-cr-00365-MMC (Dkt. No. 24));

WHEREAS, the Parties agree that Defendant Lewis I. Wallach's sentencing in the related criminal case may have a significant impact on resolution of this matter and may obviate the need for a Motion to Determine Amounts of Disgorgement and Civil Monetary Penalties;

WHEREAS, the Parties agree that good cause exists to continue the pretrial dates, settlement conference date, and date for the non-evidentiary hearing on the SEC's Motion to Determine Amounts of Disgorgement and Civil Monetary Penalties by approximately six months as follows:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Discovery Cutoff | July 9, 2021 | January 14, 2022 |
| Expert Disclosure | July 30, 2021 | February 4, 2022 |
| Expert Rebuttal | August 13, 2021 | February 18, 2022 |
| Expert Discovery Cutoff | September 10, 2021 | March 18, 2022 |
| Settlement Conference | September 17, 2021 at 10:00 AM | March 2022 (Parties shall contact Magistrate Judge Ryu's Courtroom Deputy to reschedule) |
| Filing Deadline for SEC's Motion to Determine Amounts of Disgorgement and Civil Monetary Penalties ("SEC's Motion") | October 8, 2021 | April 15, 2022 |
| Opposition Deadline for SEC's Motion | October 29, 2021 | May 6, 2022 |
| Reply Deadline for SEC's Motion | November 10, 2021 | May 18, 2022 |
| Joint Statement Re Prehearing Conference on SEC's Motion Due | November 23, 2021 | May 31, 2022 |
| Prehearing Conference on SEC's Motion | November 30, 2021 at 10:00 AM | June 7, 2022 at 10:00 AM |
| Non-Evidentiary Hearing on SEC's Motion | December 10, 2021 at 9:00 AM | June 17, 2022 at 9:00 AM |

WHEREFORE, the Parties stipulate to, and respectfully request that the Court enter, the accompanying Proposed Order, continuing the pretrial dates, settlement conference date, and date for the non-evidentiary hearing on the SEC's Motion to Determine Amounts of Disgorgement and Civil Monetary Penalties by approximately six months as set forth above.

STIPULATED AND AGREED TO BY:

Dated: June 15, 2021

*/s/ Bernard B. Smyth*
Bernard B. Smyth
Attorneys for Plaintiff
SECURITIES AND EXCHANGE
COMMISSION


*/s/ Carly Bittman*
Carly Bittman
Attorney for Defendant
LEWIS I. WALLACH

# [PROPOSED] ORDER

Based on the foregoing stipulation, and for good cause shown, IT IS HEREBY:

ORDERED that all pretrial dates, settlement conference date, and date for the non-evidentiary hearing on the SEC's Motion to Determine Amounts of Disgorgement and Civil Monetary Penalties are continued by approximately six months as follows:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Discovery Cutoff | July 9, 2021 | January 14, 2022 |
| Expert Disclosure | July 30, 2021 | February 4, 2022 |
| Expert Rebuttal | August 13, 2021 | February 18, 2022 |
| Expert Discovery Cutoff | September 10, 2021 | March 18, 2022 |
| Settlement Conference | September 17, 2021 at 10:00 AM | March 2022 (Parties shall contact Magistrate Judge Ryu's Courtroom Deputy to reschedule) |
| Filing Deadline for SEC's Motion to Determine Amounts of Disgorgement and Civil Monetary Penalties ("SEC's Motion") | October 8, 2021 | April 15, 2022 |
| Opposition Deadline for SEC's Motion | October 29, 2021 | May 6, 2022 |
| Reply Deadline for SEC's Motion | November 10, 2021 | May 18, 2022 |
| Joint Statement Re Prehearing Conference on SEC's Motion Due | November 23, 2021 | May 31, 2022 |
| Prehearing Conference on SEC's Motion | November 30, 2021 at 10:00 AM | ~~June 7, 2022 at 10:00 AM~~ June 14, 2022 at 10:00 AM |
| Non-Evidentiary Hearing on SEC's Motion | December 10, 2021 at 9:00 AM | ~~June 17, 2022 at 9:00 AM~~ June 24, 2022 at 9:00 AM |

STIPULATION AND PROPOSED ORDER  
TO CONTINUE PRETRIAL AND TRIAL DATES

Case No. 20-cv-06756-MMC

1    FURTHER ORDERED that, by July 9, 2021, the Parties shall contact Magistrate Judge Ryu's Courtroom Deputy to reschedule the Parties' settlement conference for a date in March 2022, or as soon thereafter as Magistrate Judge Ryu's calendar allows.

Date: __June 16__, 2021

_____
The Honorable Maxine M. Chesney
United States District Judge